No. 69135.—Coles Cranes, Inc. *v.* United States, protests 61/6133–11648, 61/6143–11644, 61/6181–11650 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof the same in all material respects as those the subject of Abstract 67483, the claim of the plaintiff was sustained. Protest 61/6181, insofar as it relates to entry 3728, having been abandoned, was dismissed.